Henry Webster. Brent Webster, appearing pro se. Okay. Hello, your honors. Okay, hello, Mr. Webster. I'm not going to ask you the trick question whether you're on a reserve any time. You're the only one talking. I think we should talk about that. Well, you can go ahead and present your argument. I need to present my argument as either the debtor, which was the original bankruptcy, or the creditor, who's the laborer who's been performing all the work to maintain the property for Countrywide and Bank of America from the 2008 fiasco, and now we're right back there again. So I would like to start by saying that I'm totally unprepared for this. I'm tired. I'm exhausted. I've had arguments with myself for weeks now, but I think I've presented a very good case. I think that if you look at all the documents that I filed, from number one document to number one million document, now in the last three and a half years, I think you can see that we have some issues going on, especially with the bankruptcy Judge Peter McKittrick and Carolyn Wade of the DOJ and the Department of Human Services who kidnapped my children nearly 40 years ago now. Okay. You know what? I'm going to stop you right there. We're not going to use words like kidnap. Okay. That's a little incendiary. You can make the points you want to make, but that's a little bit much. Okay? So please, let's keep this a civil conversation. I will refrain from some of these terms. Can I give you – you don't have to take this advice because it's your 15 minutes, but let me just give you a couple of points. We read everything you've given us, including what came in last night, this morning. Okay. This is a court of appeal. The only question we have to answer is did Judge McKittrick make a mistake in telling you you couldn't reopen your bankruptcy case? That's what was appealed. That's the only thing that's in front of us. And Judge McKittrick said basically three things. He said, one, look, the case wasn't closed after being fully administered, so therefore it can't be reopened under the bankruptcy code and prevailing Ninth Circuit law. Number two, if I think of this as a motion for reconsideration of my prior orders, it's been two and a half years. That's too long. And number three, I don't know what could happen in the bankruptcy case that would be any different. We'd still need to confirm a plan that has you paying a massive amount of money based on his disposition of your objections to prove a claim before. So if you want to address, if you don't want to address those, that's totally up to you, sir. But that's what we need to figure out, why those rulings were a mistake. Okay. I do want to address those because I know that's the crux of what we're here today for. But as I demonstrated in the document that I was thankfully able to upload to the pacer last night, I demonstrated one more time how the judge and the attorney for the state of Oregon conspired to file papers for Azania Haney, the creditor, and then they presented her as the debtor, or as the, she was the debtor, and then they, Carolyn Wade filed papers for her of the super emergency intervention. So if there's a fraud in the very beginning, then of course, Judge McKittrick is going to ignore all that. When he was the original trustee on the property clear back in 2012, when he discharged everything because we challenged the creditor at that time, he didn't like my paperwork. He didn't like that I came in there and I demonstrated fully that I had standing, and I still have standing on that property. If you see that there, just in the legal, if there's no, nothing that's going to be firm, then there's no reason for a legal system. So that's why I'm here to hold everybody accountable today, including this court, and seeing the fraud. So we have countrywide, we got Judge McKittrick, we got Carolyn Wade. Now we got Redwood Holdings comes in and they scoop up the auction.com when we were still in the Supreme Court of the United States where nobody ever appeared. So I literally won by default in the Supreme Court multiple times with multiple parties who never showed. Judge McKittrick did not hold anybody accountable to the false claims, which I did in all of my documents. I demonstrated it, I showed it. He quickly must have had consultation with Carolyn Wade. In April, she promptly filed papers. She must have contacted Azania Haney to try to figure out how to correct the rector, because Azania Haney isn't even a real person. She was the fraudulent person created to get the original countrywide mortgage securities scam. And then the 2020 came up, and then I did the first majeure, and Judge McKittrick didn't like that either, because that would have meant that all of my unpayable debts that were not even attributable to me, I was the one maintaining the values of the property, of the instruments, the security instruments. MERS cannot be a legal trustee. Judge McKittrick knew that I had them all caught. They all came into the bankruptcy thinking that they were going to liquidate this farm. That didn't happen the way they had wanted, because I put it into Chapter 13, and that quickly meant that I had the opportunity to repay what I could. I was going to repay any valid debt. Judge McKittrick promised that we were going to inspect the original note for the original wet ink. It's all in the 300 and some pages that was filed. I hope you didn't take the time to read all that, but there was some exciting points in there, especially where Alta Azania Haney, her legal bankruptcy name, and that's the loan we're talking about. We're talking about a fraudulent loan that SPS foreclosed on When they didn't have the proper transfer of trustee, they couldn't have. They would have had to sue me personally in one of the state courts. They didn't do that. They chose to wait 10 years. I had adverse possession after 10 years. Now they're coming in as fraudulent parties, calling themselves Redwood. They're not Redwood. They are also coming in now after they thought the bankruptcy was complete. It's still not complete. We're here today to correct the record, to discharge and or send this back for the adversary cases, which I challenged the validity of three of the claims. I didn't challenge the number 15 because I didn't realize what was going on there. But the claim number 15, Carolyn Wade, illegally, fraudulently filed on behalf of Azania Haney, who doesn't even exist, calling her the Alta Farm Trust and then trying to intermingle these loans, the Wells Fargo loan and the Countrywide Bank of America fiasco when they collapsed everybody's homes by a value of half in the 2008 collapse. This is a continuation of that. Judge McKittrick had three opportunities. He dismissed or he discharged all of Azania, Alta, Azania Haney's claims at the time. She put all these claims in there, the Countrywide, all of them. There was way too many to ever talk about upside down. It was like three times upside down because there was like multiple Countrywide loans and multiple Bank of America loans. And now there's all these other things going on, which is a continuation. And now they just pretend that they don't know what's going on. Everybody's pretending that I didn't even exist to be able to defend the property. There's another lawsuit that I've filed on the only day that it possibly could have been filed. As the laborer, I actually did a foreclosure on this same property now against Redwood for the last 14 years of labor, which I've been doing in honor of having a job. That's the only job I've been able to do was a little bit of farm work, barely maintaining a farm. But Carolyn Wade tried to say that it wasn't a farm. We were bringing people to the farm, paying me to pay the mortgage for several years that I would give the money to Azania Haney. And she kept paying the mortgage, even though we knew there was fraud involved from the very beginning. We demonstrated it in 2010 with Judge King in Portland. Azania did. She went in there all by herself when they were having me arrested for little to nothing violations, always tracking me, coming in Rambo-style June 7th to try to do this. I would call it washing the title. So Judge McKittrick, it doesn't matter what case he uses, if he presented or allowed one shred of fraud that he knows to enter, which was Carolyn Wade, I showed right where Carolyn Wade tried to cover it up by saying that she's going to send Azania Haney an email to show her what she filed for her, which was in direct contradiction to all of the work that both of us had been. We were a team. And then when we lost the lawsuit with the Neighbor Trails for $50,000, Azania had to go bankrupt to protect her wages because they threatened they were going to garnish her wages. So she had to abandon the farm. She left me in charge with the quick claim, with Liz Penance, all the charges that I've been putting. It's been a nightmare. But Judge McKittrick, it doesn't matter what he says on there, he knows what happened. He needs to allow somebody else to come in and let me do the adversary claims against SPS, who didn't have a valid right to foreclose. Let me have my adversary claims against the Children and Human Services Department and the Department of Justice that tried to garner the equity that I produced in this farm that wasn't even worth $150,000 in 2008 when the market collapsed. And then it took another 10 years for it to regain up now over a million dollars in the last three or four years. It's very valuable farmland. It's three parcels. The parcel that Judge McKittrick was liquidating was only the front, three quarters of an acre parcel. That was connected to the bogus loans from Countrywide, which everybody knows was a sham now. And then McCarthy and Holtus, the law firm, they were fabricating the documents in California to try to create a chain of title, which doesn't exist other than me being the holder in due course and the only one producing anything with this property. I've been paying the lights, the water, the electricity for the last 14 years, and now I don't even get the consideration of having my name mentioned in the foreclosure. They evict people that aren't even there and then come in, and then they want to pretend that this is okay, that they bought the stolen car that I fixed up now. So I fixed up the wrecked Mercedes Benz in the wrecking yard that was worth $200. I turned it into a million dollars because it was a rare model, and now they want to pretend that it's still their car because they bought some piece of paper that says that they own the salvage rights or something crazy, like it's basically what they're doing. They're trying to salvage. They're trying to claim that I abandoned this property now because it's unsafe for me to go back there right now. They came in with assault rifles. My animals are still not being taken care of except by the nasty neighbor, the Trails, who's apparently giving them water now and a little bit of food hopefully, and I've been doing that for 14 years. I was not a party to this fraudulent mortgage. It was in the 2008, giving all these mortgages to everybody that only had to sign a name that caused all this, and now we're going the other way with the mortgage security scandal, and now they want to have it both ways and steal the value of all my hard work. Okay, Mr. Webster, thank you very much for your presentation. That's all the time we have today, and we will take this matter as submitted. We'll read everything you gave us, and we'll get you a decision as soon as we can. Thank you very much. And I would appreciate an order signed up to have at least those three fraudulent claims like I presented last night, some kind of an order. The matter is submitted. Thank you so much. Thank you, sir. Thank you, ma'am. Thank you, sir. Okay, thank you. Thank you. Okay, that concludes today's calendar? Yes, all cases have been called. Okay. To my colleagues, I will see if we can get you an e-mail promptly to rejoin our conference. Thank you very much. Thank you. Thank you. Thank you. Thank you. Thank you very much. Thank you.
judges: Lafferty, Brand, Gan